## William T. Dickerman, Appellee, v. Amy V. Jones, Appellant.

Gen. No. 43,336.

opinion filed February 14, 1946; released for publication February 26, 1946. Beckman, Healy, Reid & Hough, for appellant; William W. Curran, of counsel; William T. Dickerman, *pro se*. Opinion by JUSTICE SULLIVAN. Not to be published in full.